# EXHIBIT A

Case: Headhunter, LLC v. Doe—108.30.250.72 et al.
Film: *A Family Man*

| Record No. | IP | Port | Hit Date UTC | ISP | Region |
|---|---|---|---|---|---|
| 1 | 108.30.250.72 | 37073 | 2017-10-21 21:53:09 | Verizon Fios | New York |
| 2 | 108.6.248.171 | 53926 | 2017-09-16 20:03:30 | Verizon Fios | New York |
| 3 | 100.12.163.56 | 44822 | 2017-07-08 18:53:59 | Verizon Fios | New York |
| 4 | 108.176.145.65 | 63286 | 2017-06-06 23:55:01 | Time Warner Cable | New York |
| 5 | 72.80.112.37 | 64874 | 2017-09-06 20:50:28 | Verizon Fios | New York |
| 6 | 69.200.244.134 | 45245 | 2017-09-18 22:02:06 | Time Warner Cable | New York |
| 7 | 96.56.104.194 | 48910 | 2017-10-21 21:52:27 | Optimum Online | New York |
| 8 | 108.162.22.187 | 16762 | 2017-10-17 22:05:00 | Optimum Online | New York |
| 9 | 96.239.54.17 | 37016 | 2017-06-09 21:18:33 | Verizon Fios | New York |
| 10 | 98.14.172.235 | 59512 | 2017-10-21 06:23:14 | Time Warner Cable | New York |
| 11 | 98.14.230.75 | 61628 | 2017-09-11 04:09:24 | Time Warner Cable | New York |
| 12 | 74.73.99.77 | 51851 | 2017-10-18 20:15:54 | Time Warner Cable | New York |
| 13 | 100.38.24.231 | 47425 | 2017-06-11 20:00:14 | Verizon Fios | New York |
| 14 | 50.74.108.19 | 41399 | 2017-10-16 13:13:09 | Time Warner Cable | New York |
| 15 | 173.68.48.53 | 50605 | 2017-10-18 18:41:07 | Verizon Fios | New York |