**ORIGINAL** 

December 4, 2017
Judge Nicholas G. Garaufis
Reffered to: Magistrate Judge Steven Tiscione
Eastern District of New York
225 Cadman Plaza East
Brooklyn NY 11201

Dear Judge Nicholas G. Garaufis and Magistrate Judge Steven Tiscione.

I received the mail regarding to the case number: 1:17-CV-06328-NGG-ST few days ago. I tried to find an attorney to accept my case, but I cannot find one in this short period of time. Please exten some time for me to find an attorney to accept my case.

Thanks.

IP. address:
98.14.230.75

CC: Bryan Neil DeMatteo