D/F

Bryan N. DeMatteo (BD 3557)
bryan@demfirm.com
DeMatteo Law, PLLC
830 Third Avenue, 5th Floor
New York, NY 10022
Tel.: (866) 645-4169
Fax: (732) 301-9202
*Attorneys for Plaintiff
Headhunter, LLC*



FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ FEB 06 2018 ★
BROOKLYN OFFICE

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| HEADHUNTER, LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>DOE—108.30.250.72, DOE—108.6.248.171,<br>DOE—100.12.163.56, DOE—108.176.145.65,<br>DOE—72.80.112.37, DOE—69.200.244.134,<br>DOE—96.56.104.194, DOE—108.162.22.187,<br>DOE—96.239.54.17, DOE—98.14.172.235,<br>DOE—98.14.230.75, DOE—74.73.99.77,<br>DOE—100.38.24.231, DOE—50.74.108.19,<br>and DOE—173.68.48.53,<br><br>*Defendants.* | Civil A. No. 1:17-cv-06328-NGG-ST<br><br>**NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A), please take notice that the within action is dismissed with prejudice as to defendant DOE—98.14.230.75 only, as the parties have settled.

DATED: February 1, 2018

Respectfully submitted,

DeMatteo Law, PLLC

*So ordered.*
/s/ NGG
2/5/18

/s/ *Bryan N. DeMatteo*
Bryan N. DeMatteo (BD 3557)
bryan@demfirm.com
830 Third Avenue, 5th Floor
New York, NY 10022

1
DeMatteo Law, PLLC
www.demfirm.com

Tel.: (866) 645-4169
Fax: (732) 301-9202
*Attorneys for Plaintiff*
*Headhunter, LLC*